Beth KRUEZER, Plaintiff–Appellee,

v.

CITY OF HOUSTON, Defendant–Appellant.

No. 05–20796.

United States Court of Appeals, Fifth Circuit.

June 12, 2007.

Katherine Louise Butler, Butler & Harris, Houston, TX, for Plaintiff–Appellee.

Donald J. Fleming, The City of Houston Legal Department, Laura W. Gibson, Ogden, Gibson, White, Broocks & Longoria, Houston, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, DAVIS, and WIENER, Circuit Judges.

PER CURIAM: *

This case was tried to a jury. Finding no error, we AFFIRM.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.